**Order entered December 18, 2019**



### In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01252-CV

### SHERIE MCINTYRE, Appellant

### V.

### UNITED SUPERMARKETS, LLC, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-04087-2018**

## ORDER

Before the Court is appellant's December 16, 2019 second motion for an extension of time to file her brief on the merits. We **GRANT** the motion as follows. We **ORDER** Lynne Finley, Collin County District Clerk, to file the requested supplemental clerk's record by **January 3, 2020**. Appellant shall file her brief on the merits by **January 8, 2020**.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE